BOLICK v. TOWNSEND CO.

No. 346P89

Case below: 94 N.C.App. 650

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 9 November 1989.

BOLTON CORP. v. T. A. LOVING CO.

No. 335P89

Case below: 94 N.C.App. 392

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 9 November 1989. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 9 November 1989.

CARSON v. REID

No. 372P89

Case below: 94 N.C.App. 389

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 November 1989.

EWAYS v. GOVERNOR'S ISLAND

No. 389PA89

Case below: 95 N.C.App. 201

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 9 November 1989.

GRAY v. HOOVER

No. 375P89

Case below: 94 N.C.App. 724

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 November 1989.